IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HECTOR VARGAS TORRES, | : | |
| Petitioner | : | |
| v. | : | CIVIL NO. 4:CV-16-703 |
| JAY LANE, | : | (Judge Brann) |
| Respondent | : | |

## **ORDER**

May 18, 2016

In accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. Petitioner's in forma pauperis application is **GRANTED** for the sole purpose of the filing of this action with this Court.

2. The Clerk of Court is directed to **TRANSFER** this case to the United States District Court for the Western District of Pennsylvania.

3. The Clerk of Court is directed to **CLOSE** the case.

BY THE COURT:

s/ Matthew W. Brann
Matthew W. Brann
United States District Judge