# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HECTOR VARGAS TORRES, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> JAY LANE, *et al.*, ) <br> ) <br> Respondents. ) | Civil Action No. 16-638 <br><br> Judge Cathy Bissoon <br> Chief Magistrate Judge Maureen P. Kelly |

## MEMORANDUM ORDER

This case was referred to United States Magistrate Judge Maureen P. Kelly for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On June 17, 2016, the Magistrate Judge issued a Report (Doc. 9) recommending that Hector Vargas Torres's Habeas Petition be dismissed, pre-service, and that a certificate of appealability be denied. Service of the Report and Recommendation was made on Petitioner, and no objections have been filed.

After a review of the pleadings and documents in the case, together with the Report and Recommendation, it hereby is **ORDERED** that: Hector Vargas Torres's Habeas Petition is **DISMISSED**; a certificate of appealability is denied; and the Magistrate Judge's Report and Recommendation is adopted as the Opinion of the District Court.

IT IS SO ORDERED.


July 12, 2016                                              s\Cathy Bissoon
                                                          Cathy Bissoon
                                                          United States District Judge

cc (via First-Class U.S. Mail):

Hector Vargas Torres
JT 1711
S.C.I. Fayette
50 Overlook Dr.
LaBelle, PA  15450